In the Matter of AGNES L. LEONARD, Doing Business under the Name of RILEY'S LAKE HOUSE, Respondent, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Appellants.

Argued October 15, 1940; decided November 13, 1940.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for appellants.

*John J. O'Malley* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.